WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Zyaire E'maine Green,<br><br>　　　　　　Defendant. | No. CR-18-00445-01-PHX-SPL<br><br>**DETENTION ORDER** |

On July 12, 2018, Defendant appeared late before this Court for a Change of Plea Hearing. The Court considered the information provided to the Court in determining whether Defendant should remain released on conditions set by the Court.

The Court finds, by clear and convincing evidence that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b).

**IT IS THEREFORE ORDERED** that Defendant be detained pending further proceedings.

Dated this 12th day of July, 2018.

　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　United States District Judge